CLERK, U.S. DISTRICT COURT

MAR - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MOSES RAMOS DELGADO,

               Petitioner,

       vs.

FRANCISCO JACQUEZ,
Warden,

               Respondent.

Case No. CV 09-8909 SVW (MRW)

JUDGMENT

     Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE:    3/4/13

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE